No. 96. STOCKSTROM *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Thomas R. Reyburn* for petitioner. *Acting Solicitor General Judson, Assistant Attorney General Clark, Messrs. Sewall Key, J. Louis Monarch* and *Harold C. Wilkenfeld* for respondent.

No. 97. MACK *v.* COMMISSIONER OF INTERNAL REVENUE. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John A. McCann* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark, Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 98. GURMAN *v.* ILLG ET AL. October 8, 1945. Petition for writ of certiorari to the Supreme Court of Errors for Connecticut denied. *Mr. William L. Beers* for petitioner. *Acting Solicitor General Cox* and *Mr. David London* for the Price Administrator, and *Mr. David M. Reilly* for Illg, respondents.

No. 99. E. KAHN'S SONS CO. *v.* BOWLES, PRICE ADMINISTRATOR. October 8, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals denied. *Messrs. Wilbur La Roe, Jr.* and *Arthur L. Winn, Jr.* for petitioner. *Solicitor General Fahy* and *Mr. Richard H. Field* for respondent.

No. 101. SEMINOLE NATION *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Court